**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **JAMALL MATHIS,** | : | **PRISONER CIVIL RIGHTS** |
|    **Plaintiff,** | : | **42 U.S.C. § 1983** |
| | : | |
| v. | : | |
| | : | |
| **CLAYTON COUNTY D. A.** | : | **CIVIL ACTION NO.** |
| **LAWSON, et al.,** | : | **1:12-CV-1270-TWT-AJB** |
|    **Defendants.** | : | |

**UNITED STATES MAGISTRATE JUDGE'S**
**FINAL REPORT AND RECOMMENDATION**

This matter is before the Court because mail addressed to Plaintiff at his address of record has been returned as undeliverable. Plaintiff has not notified the Court of his release or whereabouts. Under Local Rule 41.2 C., "[t]he failure . . . of a party appearing *pro se* to keep the clerk's office informed of any change in address and/or telephone number which causes a delay or otherwise adversely affects the management of the case shall constitute grounds . . . for dismissal of the action without prejudice . . . ." As this Court has no information regarding Plaintiff's whereabouts, it is **RECOMMENDED** that this action be **DISMISSED WITHOUT PREJUDICE** pursuant to Local Rule 41.2.

The Clerk is **DIRECTED** to terminate the referral to the undersigned.

**IT IS SO RECOMMENDED and DIRECTED,** this 2d day of July, 2012.

_____
**ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE**

AO 72A
(Rev.8/82)